USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/30/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

   **ARIANNY CELESTE LOPEZ, et al.,**

                                **Plaintiffs,**           **19-CV-6310 (ALC)**

               -against-                            **30-DAY ORDER**

   **PAMDH Enterprises Inc., et al.,**

                                **Defendants.**

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     It is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**       **September 30, 2020**
                 **New York, New York**

                                                              **_____**
                                                           **HON. ANDREW L. CARTER, JR.**
                                                             **United States District Judge**